## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

ERIC WATKINS,                  :

                            :

     Plaintiff,              :

                            :

v.                           :    **Civil Action No. _____**

                            :    **Bibb Sup. Ct. Case No. 066959**

MACON BIBB COUNTY, GEORGIA;    :

DAVID DAVIS, Sheriff, Macon-Bibb County, :

Georgia; and CEDRIC PINSON, Individually :

and in his capacity as Macon-Bibb County  :

Deputy Sheriff,                :

                            :

     Defendants.           :

_____ :

## NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that all named Defendants herein, Macon-Bibb County,

Georgia; David Davis, in his capacity as the duly elected Sheriff of Bibb County,

Georgia; and Cedric Pinson, individually and in his capacity as an investigator and

deputy sheriff of the Bibb County Sheriff's Office, hereby respectfully and collectively

request the removal of the action described below from the Bibb County Superior Court

to the United States District Court for the Middle District of Georgia, Macon Division, as

follows:

1.

On June 20, 2017, Plaintiff Eric Watkins ("Plaintiff") filed a Complaint in the

Superior Court of Bibb County captioned *Eric Watkins, Plaintiff, v. Macon-Bibb County,*

*Georgia, David Davis, Sheriff, Macon-Bibb County, Georgia, and Cedric Pinson,*

*individually and in his capacity as Macon-Bibb County Deputy Sheriff*, Civil Action No. 066959.

2.

A copy of all process and pleadings served upon Defendants in the Bibb Superior Court action, constituting the entire record in the case to date, are attached hereto as Exhibit "A" in accordance with 28 U.S.C. § 1446(a).  A copy of the Notice to the Superior Court of Bibb County, Georgia of the removal of this action to the United States District Court for the Middle District of Georgia, Macon Division, is attached hereto as Exhibit "B."

3.

Fewer than thirty (30) days have passed since the first service of the Complaint to Defendants. Therefore, this action is being timely removed to federal court pursuant to 28 U.S.C. § 1446(b).

4.

Plaintiff's Complaint alleges federal constitutional tort claims in violation of the Fourth, Eighth, and Fourteenth Amendments and Section 1983 of the Civil Rights Act of 1866, 42 U.S.C. §§ 1983.  Plaintiff's Complaint also purports to allege state law claims of failure to properly train, assault and battery, false imprisonment, false arrest, malicious prosecution, and intentional infliction of emotional distress which arise out of the same underlying incident and are based on the same facts as Plaintiff's federal law claims.

2

5.

This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to provisions of 28 U.S.C. § 1443 in that it arises under federal statutes of the United States. In addition, Defendants respectfully request that the United States District Court for the Middle District of Georgia retain jurisdiction over Plaintiff's state law claims as they arise out of the same underlying incident and are based on the same facts as Plaintiff's federal law claims.

6.

This pleading and written notice hereof is being contemporaneously served upon Plaintiff, through his counsel of record. A copy of the Notice of Removal is being filed with the Clerk of the Superior Court of Bibb County, Georgia pursuant to 28 U.S.C. § 1446(d).

7.

All Defendants named herein join in and hereby collectively seek removal of this action to the United States District Court for the Middle District of Georgia, Macon Division.

WHEREFORE, Defendants pray that this action be removed to the United States District Court for the Middle District of Georgia, Macon Division.

Respectfully submitted, this 3rd day of August 2017.

/s/ Dawn Maynor Lewis
Dawn Maynor Lewis
Georgia Bar No. 479696
/s/ Virgil L. Adams
Virgil L. Adams
Georgia Bar No. 004625

3

_/s/ Lauren M. Childs_
Lauren M. Childs
Georgia Bar No. 553971

Attorneys for Defendants


**ADAMS, JORDAN & HERRINGTON, P.C.**
**Fickling & Co. Building**
**577 Mulberry Street, Suite 1250**
**Post Office Box 928**
**Macon, Georgia 31202-0928**
**(478) 743-2159 – telephone**
**(478) 743-4938 – facsimile**
**dlewis@adamsjordan.com**
**vadams@adamsjordan.com**
**lchilds@adamsjordan.com**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day filed the foregoing **NOTICE OF REMOVAL** using the CM/ECF document filing system, which will generate a Notice of Electronic Filing ("NEF") to

Thomas F. Jarriel
P.O. Box 214
Macon, GA 31202

**Attorney for Plaintiff**

This 3rd day of August 2017.

/s/   *Dawn Maynor Lewis*_____
Dawn Maynor Lewis

5